**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Trista Yerkich et al | CASE NUMBER |
|---|---|
| | 8:26-cv-00698-JVS-(JDEx) |
| v.                         PLAINTIFF(S) | |
| Marco G. Santarelli et al | **ORDER RE TRANSFER** |
| | **(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| April 8, 2026 | Fred W. Slaughter |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:25-cv-02375-FWS-(ADSx)  and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____John D. Early_____ to Magistrate Judge _____Autumn D. Spaeth_____.

On all documents subsequently filed in this case, please substitute the initials _FWS-(ADSx)_ after the case number in place of the initials of the prior judge, so that the case number will read _8:26-cv-00698-FWS-(ADSx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [✓] *Previous Judge*   [ ] *Statistics Clerk*