LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.
Hadjar Anahita Ohadi (SBN 358387)
aohadi@rcornishlaw.com
9800 Wilshire Blvd
Beverly Hills, CA 90212
Tel: (213) 871-7788

*Attorneys for Plaintiffs Trista Yerkich, individually and as beneficiary of the Trista Yerkich IRA, Douglas Omundson, individually and as beneficiary of the Glenn Omundson IRA, William Cukr, beneficiary of the William Cukr Traditional IRA, Maria Carrillo, and Cesar Palomares*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| TRISTA YERKICH, individually and as beneficiary of the Trista Yerkich IRA, DOUGLAS OMUNDSON, individually and as beneficiary of the Glenn Omundson IRA, WILLIAM CUKR, beneficiary of the William Cukr Traditional IRA, MARIA CARRILLO, and CESAR PALOMARES, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO G. SANTARELLI; RONALD A. FOSSUM JR.; MICHAEL JOHNSON; and NORADA FUND MANAGEMENT, LLC, <br><br> Defendants. | Case No. 8:26-cv-00698-FWS-ADS <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RONALD A. FOSSUM JR.** |

PLEASE TAKE NOTICE that Plaintiffs Trista Yerkich, as beneficiary of the Trista Yerkich IRA, Douglas Omundson, individually and as beneficiary of the Glenn Omundson IRA), William Cukr, beneficiary of the William Cukr Traditional

1

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RONALD A. FOSSUM JR.

IRA, Maria Carrillo, and Cesar Palomares (the "Texas Norada Plaintiffs"), by and through their attorneys, hereby voluntarily dismiss without prejudice all claims against Defendant Ronald A. Fossum Jr pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Ronald A. Fossum has not served an answer or a motion for summary judgment. Accordingly, this dismissal is effective upon filing.

Dated: June 8, 2026            Respectfully submitted,

**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**

*/s/ Hadjar Anahita Ohadi*
Hadjar Anahita Ohadi

*Attorneys for Plaintiffs Trista Yerkich, individually and as beneficiary of the Trista Yerkich IRA, Douglas Omundson, individually and as beneficiary of the Glenn Omundson IRA, William Cukr, beneficiary of the William Cukr Traditional IRA, Maria Carrillo, and Cesar Palomares*

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RONALD A. FOSSUM JR.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 8th day of June 2026, a true and correct copy of the foregoing was served upon the following parties via email:

Robert G Bernhoft
The Bernhoft Law Firm, S.C.
1710 W. 6th Street
Austin, TX 78703
512-582-2100
Fax: 512-373-3159
Email: rgbernhoft@bernhoftlaw.com

Patrick Kane
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, TX 78702
512-582-2100
Fax: 512-373-3159
Email: ptkane@bernhoftlaw.com

Thomas Andrew Szott
The Bernhoft Law Firm, S.C.
2122 Warren Avenue
Ste 310
Cheyenne, WY 82001
307-275-8038
Email: tszott@bernhoftlaw.com

Daniel James Treuden
The Bernhoft Law Firm, S.C.
6508 S 27th St
Ste 9, Pmb 235
Oak Creek, WI 53154-1093
414-704-6782
djtreuden@bernhoftlaw.com

*Attorneys for Marco G. Santarelli and Norada Fund Management, LLC*

Laurence J Pino
Laurence J. Pino, P.A.
P. O. Box 1750
Winter Park, FL 32790
407-206-6511
Fax: 407-206-6565
Email: LJP@PinoLawGroup.com

Miranda S Ratcliffe
Pino Law Group, PLLC
99 S. New York Avenue
Winter Park, FL 32789
407-425-7831
Fax: 407-206-6565
Email: miranda@pinolawgroup.com

*Attorneys for Ronald A. Fossum Jr.*

Cara M. Arnold
Husch Blackwell
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-337-6568
Cara.Arnold@huschblackwell.com

Robert Peabody
Husch Blackwell LLP
One Congress Street, Suite 3120
Boston, MA 02108
617-598-6732
robert.peabody@huschblackwell.com

Gohar Tahmizian
Husch Blackwell
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-337-6551
gohar.tahmizian@huschblackwell.com

*Attorneys for Michael Johnson*

3

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RONALD A. FOSSUM JR.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2026, at San Diego, California.

/s/ Hadjar Anahita Ohadi
Hadjar Anahita Ohadi

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RONALD A. FOSSUM JR.